EL PUEBLO, DEMANDANTE Y APELADO, *v.* BALZAC, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Arecibo en causa por delito de libelo.

No. 1417.—Resuelto en marzo 4, 1920.

LIBELO.—El hecho de que el autor o el editor de la publicación libelosa no mencione por su nombre a la persona objeto del ataque, no le exime de respon-

sabilidad cuando describe dicha persona con tal claridad que no deja lugar a dudas con respecto a quien es y resulta que así fué entendido por diferentes ciudadanos que declararon en el acto del juicio.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. J. de J. Tizol, A Peña y J. Soto Rivera.*

Abogado del apelado: *Sr. J. E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

Los razonamientos contenidos en la opinión de esta corte, emitida por el Juez Asociado Sr. Wolf, para fundar la sentencia que acaba de pronunciarse en el recurso 1416, *El Pueblo* v. *Balzac,* son enteramente aplicables a este caso.

También aquí el lenguaje usado en el artículo libeloso es tan abusivo, que no creemos justo transcribirlo. Baste decir que el tribunal lo ha examinado y considera que aunque en él no se nombra directamente al Gobernador de Puerto Rico, Arthur Yager, a él se refiere sin duda alguna, habiéndolo estimado asi los testigos ciudadanos del distrito de Arecibo que declararon en el acto de la vista; que el artículo entero tiende a exponer a dicho Gobernador Yager al odio, desprecio y ridículo público; que es responsable del mismo el acusado Balzac que era el editor del periódico que lo contenía y que se publicó y circuló en el dicho distrito de Arecibo, y que no habiendo Balzac probado que las imputaciones contenidas en el artículo libeloso eran ciertas, ni que se publicaron con sana intención y para fines justificables, fué debidamente declarado culpable y condenado por la corte de distrito a sufrir la pena de cuatro meses de cárcel.

Por virtud de todo lo expuesto, debe declararse sin lugar el recurso y confirmarse la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.